## UNITED STATES BANKRUPTCY COURT

Eastern  DISTRICT OF  Texas

In Re. Flinz Holdings LLC    §
§    Case No.  25-60738
_____    §
Debtor(s)    §

☐ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 11/30/2025          Petition Date: 11/04/2025

Months Pending: 1          Industry Classification: | 4 | 4 | 9 | 1 |

Reporting Method:          Accrual Basis ◯          Cash Basis ◉

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          0

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☐ Statement of cash receipts and disbursements
- ☐ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Olumide Samson
_____
Signature of Responsible Party

12/22/2025
_____
Date

Olumide Samson
_____
Printed Name of Responsible Party

2900 Gilmer Rd., Longview, TX 75604
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  Flinz Holdings LLC                                    Case No.  25-60738

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. | Cash balance beginning of month | $25,815 | |
| b. | Total receipts (net of transfers between accounts) | $79,571 | $0 |
| c. | Total disbursements (net of transfers between accounts) | $93,209 | $0 |
| d. | Cash balance end of month (a+b-c) | $12,177 | |
| e. | Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. | Total disbursements for quarterly fee calculation (c+e) | $93,209 | $0 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. | Accounts receivable (total net of allowance) | $78,220 |
| b. | Accounts receivable over 90 days outstanding (net of allowance) | $8,671 |
| c. | Inventory   (Book ○  Market ○  Other ●  (attach explanation)) | $0 |
| d | Total current assets | $353,644 |
| e. | Total assets | $409,133 |
| f. | Postpetition payables (excluding taxes) | $9,467 |
| g. | Postpetition payables past due (excluding taxes) | $225,818 |
| h. | Postpetition taxes payable | $0 |
| i. | Postpetition taxes past due | $0 |
| j. | Total postpetition debt (f+h) | $9,467 |
| k. | Prepetition secured debt | $0 |
| l. | Prepetition priority debt | $0 |
| m. | Prepetition unsecured debt | $0 |
| n. | Total liabilities (debt) (j+k+l+m) | $9,467 |
| o. | Ending equity/net worth (e-n) | $399,666 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. | Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. | Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. | Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. | Gross income/sales (net of returns and allowances) | $95,810 | |
| b. | Cost of goods sold (inclusive of depreciation, if applicable) | $102,213 | |
| c. | Gross profit (a-b) | $-6,403 | |
| d. | Selling expenses | $0 | |
| e. | General and administrative expenses | $15,530 | |
| f. | Other expenses | $0 | |
| g. | Depreciation and/or amortization (not included in 4b) | $0 | |
| h. | Interest | $0 | |
| i. | Taxes (local, state, and federal) | $0 | |
| j. | Reorganization items | $0 | |
| k. | Profit (loss) | $-21,933 | $0 |

UST Form 11-MOR (12/01/2021)                          2

Debtor's Name Flinz Holdings LLC                                                    Case No.  25-60738

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                        3

Debtor's Name Flinz Holdings LLC                                    Case No.  25-60738

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

UST Form 11-MOR (12/01/2021)                          4

Debtor's Name Flinz Holdings LLC                                          Case No.  25-60738

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

|  | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name Flinz Holdings LLC                                    Case No.  25-60738

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)

Debtor's Name Flinz Holdings LLC                                                    Case No.  25-60738

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.   Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.   Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.   Postpetition employer payroll taxes accrued | $0 | $0 |
| d.   Postpetition employer payroll taxes paid | $0 | $0 |
| e.   Postpetition property taxes paid | $0 | $0 |
| f.   Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.   Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.   Were any payments made on prepetition debt?  (if yes, see Instructions)     Yes ○   No ◉

b.   Were any payments made outside the ordinary course of business
     without court approval?  (if yes, see Instructions)     Yes ○   No ◉

c.   Were any payments made to or on behalf of insiders?     Yes ○   No ◉

d.   Are you current on postpetition tax return filings?     Yes ◉   No ○

e.   Are you current on postpetition estimated tax payments?     Yes ◉   No ○

f.   Were all trust fund taxes remitted on a current basis?     Yes ◉   No ○

g.   Was there any postpetition borrowing, other than trade credit?     Yes ○   No ◉
     (if yes, see Instructions)

h.   Were all payments made to or on behalf of professionals approved by     Yes ○   No ○   N/A ◉
     the court?

i.   Do you have:          Worker's compensation insurance?     Yes ◉   No ○

                              If yes, are your premiums current?     Yes ◉   No ○   N/A ○   (if no, see Instructions)

                         Casualty/property insurance?     Yes ◉   No ○

                              If yes, are your premiums current?     Yes ◉   No ○   N/A ○   (if no, see Instructions)

                         General liability insurance?     Yes ◉   No ○

                              If yes, are your premiums current?     Yes ◉   No ○   N/A ○   (if no, see Instructions)

j.   Has a plan of reorganization been filed with the court?     Yes ○   No ◉

k.   Has a disclosure statement been filed with the court?     Yes ○   No ◉

l.   Are you current with quarterly U.S. Trustee fees as     Yes ◉   No ○
     set forth under 28 U.S.C. § 1930?

Debtor's Name  Flinz Holdings LLC                                                    Case No.  25-60738

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/ Olumide Samson                                          Olumide Samson
Signature of Responsible Party                              Printed Name of Responsible Party

President                                                   12/22/2025
Title                                                       Date

Debtor's Name Flinz Holdings LLC

Case No. 25-60738


PageOnePartOne


PageOnePartTwo


PageTwoPartOne


PageTwoPartTwo

Debtor's Name Flinz Holdings LLC

Case No.  25-60738



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name Flinz Holdings LLC                                              Case No.  25-60738



PageThree



PageFour



**Origin Bank**

PO Box 1325 • Ruston, LA 71273
Customer Service 888.292.4037
www.Origin.bank

**MEMBER FDIC**

Last statement: October 31, 2025
This statement: November 30, 2025
Total days in statement period: 30

FLINZ HOLDINGS LLC
2900 GILMER RD
LONGVIEW TX 75604-1826

Page 1

9968

( 9)

Direct inquiries to:
Customer Support Center,
888-292-4037

Origin Bank
PO Box 1325
Ruston LA 71273-1325

*PLEASE NOTE: BUSINESSES ARE LIABLE FOR ALL BUSINESS CARD TRANSACTIONS, WHETHER AUTHORIZED OR UNAUTHORIZED. BECAUSE REGULATION E COVERAGE DOES NOT APPLY TO BUSINESS CARDS, CREDIT WILL NOT BE ISSUED FOR UNAUTHORIZED CHARGES IF THE FUNDS ARE UNABLE TO BE RECOVERED THROUGH THE DISPUTE PROCESS. WE HIGHLY RECOMMEND ENABLING CARD ALERTS TO HELP MONITOR TRANSACTIONS AND CARD USAGE. GIVE US A CALL IF YOU NEED HELP WITH SETUP.*

## Business Analysis Checking

| | | | |
|---|---|---|---|
| Account number | ▮▮▮9968 | Beginning balance | $9,615.95 |
| Enclosures | 9 | Total additions | 107,741.01 |
| Low balance | $3,532.83 | Total subtractions | 105,824.70 |
| Average balance | $14,630.49 | Ending balance | $11,532.26 |
| Avg collected balance | $11,966 | | |

## CHECKS

| Number | Date | Amount | Number | Date | Amount |
|---|---|---|---|---|---|
| 1006 | 11-12 | 979.22 | 1009 | 11-17 | 340.00 |
| 1008 * | 11-10 | 552.04 | * Skip in check sequence | | |

## DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 11-03 | ' Outgoing Wire-Manual | 5,000.00 |
| | 202511030189187 CAROTHERS AND HAUSIOLTA TRUST ACCOUN | |
| 11-03 | ' ACH Withdrawal | 2,455.90 |
| | MERCHANT BANKCD DEPOSIT 251103 | |
| | 4882 | |



PO Box 1325 • Ruston, LA 71273
Customer Service 888.292.4037
www.Origin.bank

**MEMBER FDIC**

FLINZ HOLDINGS LLC                                    Page 2
November 30, 2025                          9968

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-03 | ' ACH Withdrawal | 4,757.06 |
|  | FLINZ HOLDINGS ACH 251103 | |
| 11-04 | ' POS Purchase | 183.92 |
|  | MERCHANT PURCHASE TERMINAL 469216 AMAZON MKTPL NK6QI | |
|  | 8241 Amzn com WA XXXXXXXXXXXX9820 11-03-25 | |
| 11-04 | ' ACH Withdrawal | 24.00 |
|  | AUTHNET GATEWAY BILLING 251104 | |
|  | 145816540 | |
| 11-04 | ' ACH Withdrawal | 65.00 |
|  | SCALISE HOLDINGS SALE 251104 | |
| 11-04 | ' ACH Withdrawal | 129.90 |
|  | LONGVIEW COMPUTE LCCSITE 251104 | |
|  | M81287560797 | |
| 11-05 | ' POS Purchase | 42.09 |
|  | MERCHANT PURCHASE TERMINAL 402820 PACK AND POST PLUS | |
|  | LONGVIEW TX XXXXXXXXXXXX9820 11-03-25 | |
| 11-05 | ' POS Purchase | 161.94 |
|  | MERCHANT PURCHASE TERMINAL 420785 A 1 PARTY TENT R | |
|  | ENTALS903 75827 TXXXXXXXXXXXX9820 11-04-25 | |
| 11-05 | ' ACH Withdrawal | 528.19 |
|  | PROG COUNTY MUT INS PREM 251105 | |
|  | 863922714 Flinz | |
| 11-06 | ' POS Purchase | 33.02 |
|  | MERCHANT PURCHASE TERMINAL 431605 SHELL OIL 57542339 | |
|  | 601 LONGVIEW TX XXXXXXXXXXXX9820 11-04-25 | |
| 11-06 | ' POS Purchase | 38.88 |
|  | MERCHANT PURCHASE TERMINAL 469216 LOWES 00519 | |
|  | LONGVIEW TX XXXXXXXXXXXX9820 11-05-25 | |
| 11-06 | ' POS Purchase | 204.46 |
|  | MERCHANT PURCHASE TERMINAL 469216 LOWES 00519 | |
|  | LONGVIEW TX XXXXXXXXXXXX9820 11-05-25 | |
| 11-06 | ' POS Purchase | 9,500.00 |
|  | MERCHANT PURCHASE TERMINAL 469216 BIG ASS FANS | |
|  | 859 967 0 KY XXXXXXXXXXXX9820 11-06-25 | |
| 11-07 | ' POS Purchase | 64.91 |
|  | MERCHANT PURCHASE TERMINAL 490641 BLT HomeOutlet | |
|  | 870 66670 GA XXXXXXXXXXXX9820 11-06-25 | |
| 11-07 | ' POS Purchase | 3,837.20 |
|  | MERCHANT PURCHASE TERMINAL 401339 AMERICAN LIGHTING | |
|  | INC 800 88011 CO XXXXXXXXXXXX9820 11-06-25 | |
| 11-07 | ' POS Purchase | 4,681.55 |
|  | MERCHANT PURCHASE TERMINAL 401339 AMERICAN LIGHTING | |
|  | INC 800 88011 CO XXXXXXXXXXXX9820 11-06-25 | |
| 11-07 | ' ACH Withdrawal | 1,097.31 |
|  | IRS USATAXPYMT 251107 | |
|  | 270571154966354 | |



PO Box 1325 • Ruston, LA 71273
Customer Service 888.292.4037
www.Origin.bank

MEMBER FDIC

**FLINZ HOLDINGS LLC**                                                                 Page 3
November 30, 2025                                                         ████9968

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-07 | ' ACH Withdrawal | 1,514.70 |
| | Revenued Debit Collect:[A904A9112 | |
| | 4F5F09F] | |
| 11-10 | ' POS Purchase | 14.99 |
| | POS PURCHASE TERMINAL RHM0EZQC CANVA* I04694-3132 | |
| | 9979 CAMDEN DE XXXXXXXXXXX9820 11-08-25 8:43 AM | |
| 11-10 | ' POS Purchase | 299.61 |
| | MERCHANT PURCHASE TERMINAL 475076 REVOLUTION LIGHTIN | |
| | G 817 48315 TX XXXXXXXXXXX9820 11-06-25 | |
| 11-10 | ' POS Purchase | 854.74 |
| | MERCHANT PURCHASE TERMINAL 441495 ANYDESK AMERICAS I | |
| | NC 225 89242 FL XXXXXXXXXXX9820 11-07-25 | |
| 11-10 | ' ACH Withdrawal | 6.35 |
| | MERCHANT BANKCD DEPOSIT 251110 | |
| | ████4882 | |
| 11-10 | ' ACH Withdrawal | 9,195.37 |
| | FLINZ HOLDINGS ACH 251110 | |
| 11-12 | ' POS Purchase | 16.21 |
| | POS PURCHASE TERMINAL 90454001 BROOKSHIRES 45 | |
| | LONGVIEW TX XXXXXXXXXXX9820 11-11-25 4:49 PM | |
| 11-12 | ' POS Purchase | 19.32 |
| | POS PURCHASE TERMINAL 00009920 WALMART.COM 800925 | |
| | 6278 BENTONVIL AR XXXXXXXXXXX9820 11-11-25 3:13 PM | |
| 11-12 | ' POS Purchase | 21.61 |
| | POS PURCHASE TERMINAL 90454001 BROOKSHIRES 45 | |
| | LONGVIEW TX XXXXXXXXXXX9820 11-11-25 2:56 PM | |
| 11-12 | ' POS Purchase | 59.48 |
| | POS PURCHASE TERMINAL 77827301 SQ *POP-A-LOCK | |
| | LONGVIEW TX XXXXXXXXXXX9820 11-12-25 5:47 PM | |
| 11-12 | ' POS Purchase | 1.76 |
| | MERCHANT PURCHASE TERMINAL 770446 SUPERMERCADO MONTE | |
| | REY #1LONGVIEW TX XXXXXXXXXXX9820 11-11-25 11:52 AM | |
| 11-12 | ' POS Purchase | 19.45 |
| | MERCHANT PURCHASE TERMINAL 313164 HARBOR FREIGHT TOO | |
| | LS USALONGVIEW TX XXXXXXXXXXX9820 11-12-25 11:59 AM | |
| 11-12 | ' POS Purchase | 83.79 |
| | MERCHANT PURCHASE TERMINAL 444500 SAMS CLUB 6422 | |
| | LONGVIEW TX XXXXXXXXXXX9820 11-10-25 | |
| 11-12 | ' POS Purchase | 295.48 |
| | MERCHANT PURCHASE TERMINAL 448993 HARLEYS LIQUOR 19 | |
| | LONGVIEW TX XXXXXXXXXXX9820 11-11-25 | |
| 11-12 | ' POS Purchase | 1,045.00 |
| | MERCHANT PURCHASE TERMINAL 469216 BIG ASS FANS | |
| | 859 967 0 KY XXXXXXXXXXX9820 11-12-25 | |
| 11-12 | ' POS Purchase | 1,404.55 |
| | MERCHANT PURCHASE TERMINAL 443565 MINKA LIGHTING 375 | |
| | 0 951 735 9 CA XXXXXXXXXXX9820 11-10-25 | |



PO Box 1325 • Ruston, LA 71273
Customer Service 888.292.4037
www.Origin.bank

**Origin Bank**

MEMBER FDIC

FLINZ HOLDINGS LLC                                                    Page 4
November 30, 2025                                           9968

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-13 | ' POS Purchase | 39.80 |
| | MERCHANT PURCHASE TERMINAL 443105 MURPHY 7002 | |
| | LONGVIEW TX XXXXXXXXXXXX9820 11-11-25 | |
| 11-13 | ' POS Purchase | 142.79 |
| | MERCHANT PURCHASE TERMINAL 306039 THE HOME DEPOT #65 | |
| | 45 LONGVIEW TX XXXXXXXXXXXX9820 11-13-25 9:04 AM | |
| 11-13 | ' Analysis Results Chg | 80.06 |
| | ANALYSIS ACTIVITY FOR 10/25 | |
| 11-13 | ' ACH Withdrawal | 3,287.82 |
| | IRS USATAXPYMT 251113 | |
| | 270571773965215 | |
| 11-14 | ' POS Purchase | 151.21 |
| | MERCHANT PURCHASE TERMINAL 475542 FORTY WEST DESIGNS | |
| | 731 30002 TN XXXXXXXXXXXX9820 11-13-25 | |
| 11-14 | ' POS Purchase | 539.52 |
| | MERCHANT PURCHASE TERMINAL 449398 HALCO LIGHTING TEC | |
| | HNOLOG770 242 3 GAXXXXXXXXXXXX9820 11-13-25 | |
| 11-14 | ' POS Purchase | 3,000.70 |
| | MERCHANT PURCHASE TERMINAL 411641 NORA LIGHTING INC | |
| | 323 767 2 CA XXXXXXXXXXXX9820 11-13-25 | |
| 11-14 | ' POS Purchase | 4,890.00 |
| | MERCHANT PURCHASE TERMINAL 411641 NORA LIGHTING INC | |
| | 323 767 2 CA XXXXXXXXXXXX9820 11-13-25 | |
| 11-17 | ' POS Purchase | 3,994.26 |
| | POS PURCHASE TERMINAL 09736682 NNT BELAMI INC DBA | |
| | 960 SACRAMENT CA XXXXXXXXXXXX9820 11-17-25 11:51 AM | |
| 11-17 | ' ACH Withdrawal | 352.98 |
| | FLINZ HOLDINGS ACH 251117 | |
| 11-17 | ' ACH Withdrawal | 4,666.31 |
| | HEALTH CARE SERV OBPPAYMT 251117 | |
| | 7235882825 | |
| 11-17 | ' ACH Withdrawal | 4,865.08 |
| | FLINZ HOLDINGS ACH 251117 | |
| 11-17 | ' ACH Withdrawal | 8,702.20 |
| | FLINZ HOLDINGS ACH 251117 | |
| 11-18 | ' POS Purchase | 371.69 |
| | MERCHANT PURCHASE TERMINAL 449398 HALCO LIGHTING TEC | |
| | HNOLOG770 242 3 GAXXXXXXXXXXXX9820 11-17-25 | |
| 11-18 | ' POS Purchase | 1,547.50 |
| | MERCHANT PURCHASE TERMINAL 443565 MINKA LIGHTING 375 | |
| | 0 951 735 9 CA XXXXXXXXXXXX9820 11-17-25 | |
| 11-18 | ' POS Purchase | 2,305.35 |
| | MERCHANT PURCHASE TERMINAL 443565 MINKA LIGHTING 375 | |
| | 0 951 735 9 CA XXXXXXXXXXXX9820 11-17-25 | |
| 11-18 | ' ACH Withdrawal | 81.99 |
| | MINKALIGHTING WEB PAY 251118 | |
| | 20251117lbarger | |



**Origin Bank**

PO Box 1325 • Ruston, LA 71273
Customer Service 888.292.4037
www.Origin.bank

**MEMBER FDIC**

FLINZ HOLDINGS LLC                                                    Page 5
November 30, 2025                                               ████9968

| Date | Description | Subtractions |
|------|-------------|-------------:|
| 11-19 | ' POS Purchase | 398.34 |
| | MERCHANT PURCHASE TERMINAL 413746 OFFICE DEPOT 1079 | |
| | 800 463 3 TX XXXXXXXXXXXX9820 11-17-25 | |
| 11-19 | ' POS Purchase | 839.98 |
| | MERCHANT PURCHASE TERMINAL 490641 PST Jeske | |
| | 920 73951 WI XXXXXXXXXXXX9820 11-18-25 | |
| 11-19 | ' POS Purchase | 1,046.68 |
| | MERCHANT PURCHASE TERMINAL 475542 JVJ MAXWELL INC | |
| | 214 38198 TX XXXXXXXXXXXX9820 11-18-25 | |
| 11-19 | ' POS Purchase | 1,336.61 |
| | MERCHANT PURCHASE TERMINAL 475542 JVJ MAXWELL INC | |
| | 214 38198 TX XXXXXXXXXXXX9820 11-18-25 | |
| 11-19 | ' A2A Pmt Debit | 294.86 |
| | TERMINAL 00000000 5D163465-BD46-4E9CINDEED USI25-04733 | |
| | 066 AUSTIN TX XXXXXXXXXXXX9820 11-19-25 11:10 AM | |
| 11-19 | ' ACH Withdrawal | 886.83 |
| | IRS USATAXPYMT 251119 | |
| | 270572340382279 | |
| 11-19 | ' ACH Withdrawal | 3,060.60 |
| | FLINZ HOLDINGS ACH 251119 | |
| 11-20 | ' ACH Withdrawal | 289.79 |
| | FLINZ HOLDINGS ACH 251120 | |
| 11-20 | ' ACH Withdrawal | 289.79 |
| | FLINZ HOLDINGS ACH 251120 | |
| 11-21 | ' POS Purchase | 200.26 |
| | POS PURCHASE TERMINAL 77827301 SQ *POP-A-LOCK | |
| | LONGVIEW TX XXXXXXXXXXXX9820 11-21-25 5:58 PM | |
| 11-21 | ' POS Purchase | 78.78 |
| | MERCHANT PURCHASE TERMINAL 449398 HALCO LIGHTING TEC | |
| | HNOLOG770 242 3 GAXXXXXXXXXXXX9820 11-20-25 | |
| 11-21 | ' ACH Withdrawal | 420.00 |
| | LIGHTSAMERICA, I ACH Debit 251121 | |
| | 9028681996 | |
| 11-24 | ' ACH Withdrawal | 179.41 |
| | Farmers Ins Exch EFT PYMT 251124 | |
| | f011475685 | |
| 11-24 | ' ACH Withdrawal | 688.06 |
| | IPFS855-891-2621 IPFSPMTTXP 251124 | |
| | 100441 | |
| 11-24 | ' ACH Withdrawal | 3,420.06 |
| | FLINZ HOLDINGS ACH 251124 | |
| 11-25 | ' POS Purchase | 35.26 |
| | POS PURCHASE TERMINAL 03990034 WM SUPERCENTER #39 | |
| | 9 LONGVIEW TX XXXXXXXXXXXX9820 11-25-25 9:47 AM | |
| 11-25 | ' ACH Withdrawal | 209.63 |
| | MERCHANT BANKCD DEPOSIT 251125 | |
| | ████4882 | |



**Origin Bank**

PO Box 1325 • Ruston, LA 71273
Customer Service 888.292.4037
www.Origin.bank

**MEMBER FDIC**

FLINZ HOLDINGS LLC                                                                 Page 6
November 30, 2025                                              ▇▇▇▇9968

| Date | Description | Subtractions |
|------|-------------|-------------|
| 11-26 | ' POS Purchase | 80.93 |
| | MERCHANT PURCHASE TERMINAL 402820 PACK AND POST PLUS | |
| | LONGVIEW TX XXXXXXXXXXXX9820 11-24-25 | |
| 11-26 | ' ACH Withdrawal | 974.61 |
| | MERCHANT BANKCD DEPOSIT 251126 | |
| | ▇▇▇4882 | |
| 11-28 | ' POS Purchase | 1,845.73 |
| | MERCHANT PURCHASE TERMINAL 475542 BETTER HOME PRODUC | |
| | TS LTD650 82792 TXXXXXXXXXXXX9820 11-26-25 | |
| 11-28 | ' ACH Withdrawal | 700.23 |
| | IRS USATAXPYMT 251128 | |
| | 270573295449312 | |

**CREDITS**

| Date | Description | Additions |
|------|-------------|-----------|
| 11-03 | Deposit | 19,079.65 |
| 11-03 | ' ACH Deposit | 638.83 |
| | MERCHANT BANKCD DEPOSIT 251103 | |
| | ▇▇▇4882 | |
| 11-03 | ' ACH Deposit | 4,393.24 |
| | MERCHANT BANKCD DEPOSIT 251103 | |
| | ▇▇▇4882 | |
| 11-03 | ' ACH Orig Cr Return | 2,000.00 |
| | RETURN SETTLE A ACH RTN - R04 NORA | |
| | ORIGINAL ENTRY EFF DATE = 251030 | |
| 11-04 | ' ACH Deposit | 2,058.17 |
| | MERCHANT BANKCD DEPOSIT 251104 | |
| | ▇▇▇4882 | |
| 11-05 | ' ACH Deposit | 1,376.99 |
| | MERCHANT BANKCD DEPOSIT 251105 | |
| | ▇▇▇4882 | |
| 11-06 | Deposit | 13,903.29 |
| 11-06 | ' ACH Deposit | 167.25 |
| | MERCHANT BANKCD DEPOSIT 251106 | |
| | ▇▇▇4882 | |
| 11-07 | ' ACH Deposit | 9,707.72 |
| | MERCHANT BANKCD DEPOSIT 251107 | |
| | ▇▇▇4882 | |
| 11-10 | ' ACH Deposit | 2,280.49 |
| | MERCHANT BANKCD DEPOSIT 251110 | |
| | ▇▇▇4882 | |
| 11-12 | ' ACH Deposit | 349.37 |
| | MERCHANT BANKCD DEPOSIT 251112 | |
| | ▇▇▇4882 | |
| 11-12 | ' ACH Deposit | 580.68 |
| | MERCHANT BANKCD DEPOSIT 251112 | |
| | ▇▇▇4882 | |



**Origin Bank**

PO Box 1325 • Ruston, LA 71273
Customer Service 888.292.4037
www.Origin.bank

**MEMBER FDIC**

FLINZ HOLDINGS LLC                                    Page 7
November 30, 2025                                ███████9968

| Date | Description | Additions |
|------|-------------|-----------|
| 11-13 | ' ACH Deposit | 744.00 |
|  | MERCHANT BANKCD DEPOSIT 251113 |  |
|  | ███████4882 |  |
| 11-14 | ' ACH Deposit | 1,245.30 |
|  | MERCHANT BANKCD DEPOSIT 251114 |  |
|  | ███████4882 |  |
| 11-17 | Deposit | 493.85 |
| 11-17 | Deposit | 25,274.01 |
| 11-17 | ' ACH Deposit | 139.04 |
|  | MERCHANT BANKCD DEPOSIT 251117 |  |
|  | ███████4882 |  |
| 11-17 | ' ACH Deposit | 273.07 |
|  | MERCHANT BANKCD DEPOSIT 251117 |  |
|  | ███████4882 |  |
| 11-18 | ' ACH Deposit | 21.54 |
|  | MERCHANT BANKCD DEPOSIT 251118 |  |
|  | ███████4882 |  |
| 11-19 | ' ACH Deposit | 5,791.39 |
|  | MERCHANT BANKCD DEPOSIT 251119 |  |
|  | ███████4882 |  |
| 11-20 | ' ACH Deposit | 390.74 |
|  | MERCHANT BANKCD DEPOSIT 251120 |  |
|  | ███████4882 |  |
| 11-21 | Deposit | 5,040.45 |
| 11-21 | ' ACH Deposit | 243.24 |
|  | MERCHANT BANKCD DEPOSIT 251121 |  |
|  | ███████4882 |  |
| 11-24 | Deposit | 4,569.41 |
| 11-24 | ' ACH Deposit | 634.08 |
|  | MERCHANT BANKCD DEPOSIT 251124 |  |
|  | ███████4882 |  |
| 11-24 | ' ACH Deposit | 5,577.54 |
|  | MERCHANT BANKCD DEPOSIT 251124 |  |
|  | ███████4882 |  |
| 11-28 | ' ACH Deposit | 767.67 |
|  | MERCHANT BANKCD DEPOSIT 251128 |  |
|  | ███████4882 |  |

**DAILY BALANCES**

| Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|
| 10-31 | 9,615.95 | 11-12 | 16,962.63 | 11-21 | 8,117.48 |
| 11-03 | 23,514.71 | 11-13 | 14,156.16 | 11-24 | 14,610.98 |
| 11-04 | 25,170.06 | 11-14 | 6,820.03 | 11-25 | 14,366.09 |
| 11-05 | 25,814.83 | 11-17 | 10,079.17 | 11-26 | 13,310.55 |
| 11-06 | 30,109.01 | 11-18 | 5,794.18 | 11-28 | 11,532.26 |
| 11-07 | 28,621.06 | 11-19 | 3,721.67 |  |  |
| 11-10 | 19,978.45 | 11-20 | 3,532.83 |  |  |



PO Box 1325 • Ruston, LA 71273
Customer Service 888.292.4037
www.Origin.bank

**MEMBER FDIC**

FLINZ HOLDINGS LLC
November 30, 2025

Page 8

9968

**OVERDRAFT/RETURN ITEM FEES**

|  | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Origin Bank*



11/03/2025   Deposit   $19,079.65



11/10/2025   1008   $552.04



11/06/2025   Deposit   $13,903.29



11/17/2025   1009   $340.00



11/17/2025   Deposit   $493.85



11/17/2025   Deposit   $25,274.01



11/21/2025   Deposit   $5,040.45



11/24/2025   Deposit   $4,569.41



11/12/2025   1006   $979.22

**Complete this Section to Balance this Statement to your Transaction Register**

Month _____ 20_____

| | |
|---|---|
| **Bank Balance** Shown on Statement | $ |

**Your Transaction Register Balance** $ _____

**Add (+)** Deposits not shown on this statement (if any) $ _____

**Add (+)** Other credits shown on this statement but not in transaction register $ _____

**Total** $ (+) _____

**Subtract (-)** Checks and other items outstanding but not paid on this statement (if any)

$ _____

_____

_____

_____

_____

_____

_____

**Add (+)** Interest paid (for use in balancing interest-bearing accounts only) $ _____

**Total** $ (+) _____

**Subtract (-)** Other debits shown on this statement but not in transaction register

_____

_____

_____

_____

_____

_____

**Total** $ (-) _____

**Balance** $ _____

**Total** $ (-) _____

**Balance** $ _____

These balances should agree

Terms and Conditions
All deposits to, withdrawals from or other transactions pertaining to your account(s) are subject to the terms and conditions of the agreement you received when you opened your account and any amendments thereto. Amendments to the agreement may be made from time to time in the manner stated therein.

**Consumer Accounts Only In Case of Errors or Questions About Your Electronic Transfers:** Telephone us at 1-888-292-4037 or write us at Customer Service 1101 ROC Lane, Ruston, LA 71270 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent the FIRST statement on which the problem or error appeared. (1) Tell us your name and account number. (2) Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe it is an error or why you need more information. (3) Tell us the dollar amount of the suspected error. If you tell us orally, we may require that you send us your complaint or question in writing within 10 business days. We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account. For errors involving new accounts, point-of-sale, or foreign- initiated transactions, we may take up to 90 days to investigate your complaint or question. For new accounts, we may take up to 20 business days to credit your account for the amount you think is in error. We will tell you the results within three business days after completing our investigation. If we decide that there was no error, we will send you a written explanation. You may ask for copies of the documents that we used in our investigation. If you have arranged for periodic automatic deposits to your account(s) you may call us at the number listed above to verify that the deposits have been made – or enroll for Online Banking to view your account at www.origin.bank.

Please examine this statement and check images or canceled checks promptly. You must notify us within 10 business days after we mail or make the monthly statement available to you of any discrepancies such as alterations, forged, counterfeit or unauthorized signatures on presented items. If you fail to notify us we will not be responsible for other items paid in good faith. All other errors or discrepancies concerning your account must be reported within sixty (60) days or the statement will be considered correct.



MEMBER FDIC    EQUAL HOUSING LENDER



**BANK OF TEXAS**

A division of BOKF, NA
P.O. Box 2300
Tulsa, OK 74192

Member FDIC

0003526  T09252112925081858814 00000 01 000000000 00031146 001 1OZ1

FLINZ HOLDINGS LLC
DBA GALLERY OF LIGHTS
DEBTOR IN POSSESSION CASE #25-60738
US BANKRUPTCY CT EASTERN DISTRICT OF TX
2900 GILMER RD
LONGVIEW TX  75604

PRIMARY ACCOUNT
████2767

Statement Period:
11-24-25 to 11-30-25

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

www.bankoftexas.com

Page 1 of 2

**BANKRUPTCY CHECKING**                    ACCOUNT: ████2767



Statement Period from 11-24-25 through 11-30-25

| | | |
|---|---|---|
| $ Starting Balance | | .00 |
| + 0 Deposits | | .00 |
| - 0 Checks & Withdrawals | | .00 |
| - Service Fees | | .00 |
| = Ending Balance | | .00 |

 CHECKS            (* Indicates a break in check number sequence)
                     (RTND Indicates a RETURNED CHECK)

*** No Checks ***

SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | .00 | AVG COLLECTED BAL | .00 |
| MINIMUM LEDGER BAL | .00 | | |



**The Gallery of Lights**
**2900 Gilmer Road**
**Longview, TX**
**75604**

## Income and Expense Statement
## 11/2025

| | Income | M.T.D. |
|---|---|---|
| 4000 | Income:Glass General | $0.00 |
| 4025 | Income - Q.B. | $0.00 |
| 4033 | Income:Category 033 | $0.00 |
| 4050 | Income - Interest | $16.91 |
| 4100 | Income:Fans | $19,485.81 |
| 4105 | Income:Light Kits | $125.72 |
| 4110 | Income:Extensions | $1,279.50 |
| 4115 | Income:Blades | $0.00 |
| 4120 | Income:Desk/Table Fans | $0.00 |
| 4150 | Income:General | $3,553.38 |
| 4200 | Income:General | $24.95 |
| 4250 | Income:Cans | $0.00 |
| 4255 | Income:Trim | $5,590.55 |
| 4260 | Income:Exhaust Fans | $0.00 |
| 4265 | Income : LED Trims | $63.75 |
| 4300 | Income:Chandeliers | $13,187.22 |
| 4305 | Income:Vanity | $4,874.42 |
| 4310 | Income:Pendant | $10,420.64 |
| 4315 | Income:Outdoor | $9,026.68 |
| 4320 | Income:Island | $997.74 |
| 4325 | Income:Sconce | $2,634.87 |
| 4330 | Income:Flushmount | $2,031.50 |
| 4335 | Income:Gas Lanterns | $0.00 |
| 4340 | Income:Crystal Chandeliers | $0.00 |
| 4345 | Income:Tiffany Chandeliers | $0.00 |
| 4350 | Income:Cloud | $0.00 |
| 4355 | Income:Strip | $788.70 |
| 4360 | Income:Undercounter | $2,323.80 |
| 4365 | Income:Wrap | $0.00 |
| 4370 | Income:Xenon | $0.00 |
| 4375 | Income:Crown Molding | $0.00 |
| 4400 | Income:Ceiling Medallions | $145.95 |
| 4405 | Income:Smoke Detectors | $594.45 |
| 4410 | Income:Door Bells / Chimes | $292.28 |
| 4415 | Income:Pucks and Transformers | $235.79 |
| 4420 | Income:Rope Ltg and Connectors | $0.00 |
| 4421 | Income:LED Strip | $0.00 |
| 4422 | Income : LED Rope Light | $0.00 |
| 4425 | Income:Flood Lights | $1,489.10 |
| 4426 | Income: Legrand | $5.95 |
| 4427 | Income : LED String Light | $0.00 |
| 4430 | Income:Keyless | $16.62 |
| 4435 | Income:Pull Chains | $0.00 |
| 4440 | Income:Dimmers and Switches | $0.00 |
| 4445 | Income:Landscape | $59.95 |
| 4446 | Income:Crystals | $0.00 |
| 4448 | Income:Accent Lighting | $0.00 |
| 4450 | Income:Lamps | $860.65 |
| 4455 | Income:Tiffany Lamps | $0.00 |
| 4460 | Income:Mirrors | $752.85 |
| 4465 | Income:Furniture | $0.00 |
| 4470 | Income : Vanities | $0.00 |
| 4475 | Income : Accessories | $307.98 |
| 4480 | Income : Shades | $257.85 |
| 4485 | Income : Fan Pulls and Finials | $0.00 |

**The Gallery of Lights**
**2900 Gilmer Road**
**Longview, TX**
**75604**

## Income and Expense Statement
## 11/2025

| | | |
|---|---|---|
| 4490 | Income : Rugs | $44.95 |
| 4492 | Income : Floral | $0.00 |
| 4493 | Income : Dishes | $0.00 |
| 4495 | Income : Firescreen/Tools | $0.00 |
| 4496 | Income : Category 496 | $0.00 |
| 4497 | Income : Category 497 | $0.00 |
| 4498 | Income:Wall Decor | $0.00 |
| 4499 | Income:Candles | $197.95 |
| 4500 | Income:Bath | ($225.99) |
| 4505 | Income:Cabinet | $2,313.34 |
| 4510 | Income:Door | $6,120.85 |
| 4515 | Income:Switchplate Covers | $0.00 |
| 4550 | Income:General | $0.00 |
| 4575 | Income:Outdoor & Patio | $7,929.25 |
| 4580 | Income:Outdoor Accessories | $289.85 |
| 4585 | Income:Dishes | $34.95 |
| 4600 | Income:General | $668.96 |
| 4625 | Income:Category 625 | $0.00 |
| 4650 | Income:Installation / Labor | $0.00 |
| 4655 | Income:Lamp Repair | $0.00 |
| 4656 | Income : Rekey Charge | $72.00 |
| 4660 | Income:Restocking | $228.93 |
| 4661 | Income:Parade Discount - VOID | $0.00 |
| 4665 | Income:Freight | $242.00 |
| 4667 | Income : Tariff surcharge | ($7.50) |
| 4690 | Income:Parts | $0.00 |
| 4695 | Income:Labor | $0.00 |
| 4699 | Income : 5% Color Up Charge | $0.00 |
| 4700 | Income:Discounts, Employees | $0.00 |
| 4705 | Income:Discounts, Early Paymen | $0.00 |
| 4710 | Income:Parade | $0.00 |
| 4715 | Income:Sale Discounts | ($3,545.41) |
| 4720 | Income:Finance Charges | $0.00 |
| 4730 | Income : Gallery Bucks | $0.00 |
| 4751 | Income: Jewelry | $0.00 |
| 4761 | Income : Purses | $0.00 |
| 4771 | Income : Builder | $0.00 |
| 4781 | Income : Quorum | $0.00 |
| 4800 | Income : XO LIGHTS MISC | $0.00 |
| 4810 | Income : Lights America - Uncategorized | $0.00 |
| 4ART | Income:Category ART | $0.00 |
| 4ORY | Income:Category ORY | $0.00 |
| | **Total Income** | **$95,809.69** |

| | **Cost of Sales** | **M.T.D.** |
|---|---|---|
| 5000 | Cost:Glass General | $0.00 |
| 5025 | COGS - Q.B. | $44,171.15 |
| 5033 | Cost:Category 033 | $0.00 |
| 5100 | Cost:Fans | $12,066.54 |
| 5105 | Cost:Light Kits | $73.90 |
| 5110 | Cost:Extensions | $575.05 |
| 5115 | Cost:Blades | $0.00 |
| 5120 | Cost:Desk/Table Fans | $0.00 |
| 5150 | Cost:General | $1,669.61 |
| 5200 | Cost:General | $12.30 |
| 5250 | Cost:Cans | $0.00 |

**The Gallery of Lights**
**2900 Gilmer Road**
**Longview, TX**
**75604**

## Income and Expense Statement
## 11/2025

| | | |
|---|---|---|
| 5255 | Cost:Trim | $2,743.05 |
| 5260 | Cost:Exhaust Fans | $0.00 |
| 5265 | Cost : LED Trims | $1,870.38 |
| 5300 | Cost:Chandeliers | $7,771.40 |
| 5305 | Cost:Vanity | $2,805.31 |
| 5310 | Cost:Pendant | $6,276.56 |
| 5315 | Cost:Outdoor | $5,249.20 |
| 5320 | Cost:Island | $585.00 |
| 5325 | Cost:Sconce | $1,504.10 |
| 5330 | Cost:Flushmount | $1,141.50 |
| 5335 | Cost:Gas Lanterns | $0.00 |
| 5340 | Cost:Crystal Chandeliers | $0.00 |
| 5345 | Cost:Tiffany Chandeliers | $0.00 |
| 5350 | Cost:Cloud | $0.00 |
| 5355 | Cost:Strip | $429.00 |
| 5360 | Cost:Undercounter | $1,210.50 |
| 5365 | Cost:Wrap | $0.00 |
| 5370 | Cost:Xenon | $0.00 |
| 5375 | Cost:Crown Molding | $0.00 |
| 5400 | Cost:Ceiling Medallions | $72.95 |
| 5405 | Cost:Smoke Detectors | $289.50 |
| 5410 | Cost:Door Bells / Chimes | $150.53 |
| 5415 | Cost:Pucks and Transformers | $129.45 |
| 5420 | Cost:Rope Ltg and Connectors | $0.00 |
| 5421 | Cost:LED Strip | $0.00 |
| 5422 | Cost : LED Rope Light | $0.00 |
| 5425 | Cost:Flood Lights | $691.77 |
| 5426 | Cost: Legrand | $2.27 |
| 5427 | Cost : Category 427 | $0.00 |
| 5430 | Cost:Keyless | $9.00 |
| 5435 | Cost:Pull Chains | $0.00 |
| 5440 | Cost:Dimmers and Switches | $0.00 |
| 5445 | Cost:Landscape | $29.98 |
| 5446 | Cost:Crystals | $0.00 |
| 5448 | Cost: Accent Lighting | $0.00 |
| 5450 | Cost:Lamps | $398.08 |
| 5455 | Cost:Tiffany Lamps | $0.00 |
| 5460 | Cost:Mirrors | $352.50 |
| 5465 | Cost:Furniture | $0.00 |
| 5470 | Cost:Vanities | $0.00 |
| 5475 | Cost:Accessories | $137.17 |
| 5480 | Cost:Shades | $117.00 |
| 5485 | Cost:Fan Pulls and Finials | $0.00 |
| 5490 | Cost:Rugs | $20.25 |
| 5492 | Cost : Floral | $0.00 |
| 5493 | Cost : Dishes | $0.00 |
| 5495 | Cost:Firescreen/Tools | $0.00 |
| 5496 | Cost : Category 496 | $0.00 |
| 5497 | Cost : Category 497 | $0.00 |
| 5498 | Cost:Wall Decor | $0.00 |
| 5499 | Cost : Candles | $109.00 |
| 5500 | Cost:Bath | ($160.10) |
| 5505 | Cost:Cabinet | $1,630.35 |
| 5510 | Cost:Door | $4,160.37 |
| 5515 | Cost:Switchplate Covers | $0.00 |
| 5550 | Cost:General | $0.00 |

**The Gallery of Lights**
**2900 Gilmer Road**
**Longview, TX**
**75604**

## Income and Expense Statement
## 11/2025

| | | |
|---|---|---|
| 5575 | Cost:Outdoor & Patio | $3,065.60 |
| 5580 | Cost:Outdoor Accessories | $121.97 |
| 5585 | Cost:Dishes | $16.50 |
| 5600 | Cost:General | $273.26 |
| 5625 | Cost:Category 625 | $0.00 |
| 5650 | Cost:Installation / Labor | $0.00 |
| 5655 | Cost:Lamp Repair | $0.00 |
| 5656 | Cost : Rekey Charge | $0.00 |
| 5660 | Cost:Restocking | $0.00 |
| 5661 | Cost:Parade Discount - VOID | $0.00 |
| 5665 | Cost:Freight | $0.00 |
| 5667 | Cost : Tariff surcharge | $0.00 |
| 5690 | Cost:Parts | $0.00 |
| 5695 | Cost:Labor | $0.00 |
| 5699 | Cost : 5% Color Up Charge | $0.00 |
| 5700 | Cost:Discounts, Employees | $0.00 |
| 5705 | Cost:Discounts, Early Payments | $0.00 |
| 5709 | Note Payable - 2017 Ford F150 | $0.00 |
| 5710 | Cost:Parade | $0.00 |
| 5715 | Cost:Sale Discounts | $0.00 |
| 5720 | Cost:Finance Charges | $0.00 |
| 5730 | Cost : Gallery Bucks | $0.00 |
| 5750 | Cost : Gift Certificate | $0.00 |
| 5751 | Cost: Jewelry | $0.00 |
| 5761 | Cost : Purses | $0.00 |
| 5771 | Cost : Builder | $0.00 |
| 5781 | Cost : Quorum | $0.00 |
| 5790 | Cost : XO LIGHTS MISC | $0.00 |
| 5800 | Damaged Goods Write Off | $0.00 |
| 5801 | Freight | $440.85 |
| 5810 | Cost : Lights America - Uncategorized | $0.00 |
| 5900 | Inventory Adjustment | $0.00 |
| 5999 | Other Vendor Charges | $0.00 |
| 5ART | Cost:Category ART | $0.00 |
| 5ORY | Cost:Category ORY | $0.00 |
| | **Total Cost of Sales** | **$102,212.80** |
| | **Gross Profit** | **($6,403.11)** |

| | **Expenses** | **M.T.D.** |
|---|---|---|
| 6010 | Inventory Variance | $0.00 |
| 6015 | Bad Debt Expense | $0.00 |
| 6016 | Cash Discounts | $0.00 |
| 6017 | Hot Checks | $0.00 |
| 6020 | Bank Service Charges | $0.00 |
| 6025 | Advertising | $14.99 |
| 6026 | Promotional Expense | $0.00 |
| 6027 | Promotional Discounts | $0.00 |
| 6028 | Advertising - Marketing | $0.00 |
| 6030 | Credit Card Fees | $24.50 |
| 6035 | Insurance: Auto | $358.82 |
| 6036 | Insurance:Workmans Comp | $0.00 |
| 6038 | Insurance: Liability Insurance | $1,435.54 |
| 6039 | Insurance: Building and Contents | $0.00 |
| 6040 | Professional Fees: Accounting | $0.00 |
| 6041 | Professional Fees: Legal Fees | $0.00 |
| 6042 | Professional Fees: Professiona | $294.86 |

**The Gallery of Lights**
**2900 Gilmer Road**
**Longview, TX**
**75604**

## Income and Expense Statement
## 11/2025

| | | |
|---|---|---:|
| 6043 | Professional Fees: Comp. Maint | $0.00 |
| 6044 | Dues and Subscriptions | $0.00 |
| 6045 | Licenses and Permits | $0.00 |
| 6046 | Professional Fees: Collections | $0.00 |
| 6050 | Utilities: Gas and Electric | $3,306.13 |
| 6051 | Utilities: Trash Removal | $0.00 |
| 6052 | Utilities: Water | $99.11 |
| 6055 | Office Supplies | $398.34 |
| 6056 | Shop Supplies | $162.24 |
| 6060 | Franchise Tax | $0.00 |
| 6061 | Taxes: Federal | $0.00 |
| 6062 | Taxes: Local | $0.00 |
| 6063 | Taxes: Property/Personal Property | $2,579.01 |
| 6064 | Taxes: State | $0.00 |
| 6066 | Rent | $0.00 |
| 6070 | Printing and Reproduction | $0.00 |
| 6080 | Telephone | $321.15 |
| 6085 | Cell Phone | $0.00 |
| 6090 | Display Expense | $0.00 |
| 6095 | Security | $297.69 |
| 6100 | Entertainment | $2,870.57 |
| 6101 | Meals | $0.00 |
| 6102 | Travel | $0.00 |
| 6110 | Vehicle Expense | $72.82 |
| 6120 | Payroll | $0.00 |
| 6121 | Employee Insurance | $0.00 |
| 6130 | Contract Labor | $0.00 |
| 6170 | Equipment Rental | $664.24 |
| 6180 | Education | $0.00 |
| 6190 | Postage & Delivery | $0.00 |
| 6200 | Freight | $0.00 |
| 6205 | Internet/Website | $840.00 |
| 6210 | Contributions | $0.00 |
| 6220 | Building Repairs | $0.00 |
| 6221 | Equipment Repairs | $0.00 |
| 6222 | Maintenance | $378.33 |
| 6230 | Miscellaneous | $91.96 |
| 6231 | Flowers | $207.66 |
| 6240 | Uniforms | $0.00 |
| 6250 | Janitorial | $870.91 |
| 6260 | Cash Over/Short | $0.00 |
| 6300 | Depreciation | $0.00 |
| 6306 | Finance Charge | $0.00 |
| 6307 | Loan Interest | $0.00 |
| 6308 | Mortgage Interest | $0.00 |
| 6309 | Credit Card Interest | $0.00 |
| 6310 | Penalties | $0.00 |
| 6340 | Sales Tax Adjustment | $0.00 |
| 6399 | Other Expenses | $240.83 |
| 6400 | Gain/Loss - Sale of Asset | $0.00 |
| 6405 | Interest Income - Savings | $0.00 |
| 6410 | Other Income | $0.00 |
| **Total Expenses** | | **$15,529.70** |
| **Net Profit** | | **($21,932.81)**   - |

**The Gallery of Lights**
**2900 Gilmer Road**
**Longview, TX**
**75604**

**Aged A/R Report**
**11/2025**
**The Gallery of Lights**
**2900 Gilmer Road**

| Customer | Total | Current | 30 | 60 | 90 |
|---|---|---|---|---|---|
| | $1,283.36 | ($323.19) | $355.69 | $1,236.07 | $14.79 |
| | $2,473.48 | $0.00 | $0.00 | $0.00 | $2,473.48 |
| | $212.51 | $212.51 | $0.00 | $0.00 | $0.00 |
| | $26.24 | $26.24 | $0.00 | $0.00 | $0.00 |
| | $4,755.82 | $0.00 | $0.00 | $0.00 | $4,755.82 |
| | $11,340.13 | ($748.39) | $12,088.52 | $0.00 | $0.00 |
| | $556.00 | $0.00 | $0.00 | $0.00 | $556.00 |
| | $30,816.11 | $31,271.43 | ($12.13) | $0.00 | ($443.19) |
| | $845.23 | $0.00 | $0.00 | $0.00 | $845.23 |
| | $548.56 | $548.56 | $0.00 | $0.00 | $0.00 |
| | $1,413.49 | $1,440.50 | $0.00 | $0.00 | ($27.01) |
| | $266.15 | $0.00 | $266.15 | $0.00 | $0.00 |
| | $935.78 | $935.78 | $0.00 | $0.00 | $0.00 |
| | $210.59 | $0.00 | $233.61 | ($23.02) | $0.00 |
| | $193.91 | $96.48 | $0.00 | $0.00 | $97.43 |
| | $327.06 | $327.06 | $0.00 | $0.00 | $0.00 |
| | $1,384.90 | $1,384.90 | $0.00 | $0.00 | $0.00 |
| | $65.82 | $0.00 | $0.00 | $0.00 | $65.82 |
| | $10,826.14 | $4,841.34 | $5,984.80 | $0.00 | $0.00 |
| | $1,016.25 | $0.00 | $387.62 | $0.00 | $628.63 |
| | $640.95 | $640.95 | $0.00 | $0.00 | $0.00 |
| | $7,163.36 | $2,180.72 | $5,380.57 | $0.00 | ($397.93) |
| | $547.21 | $445.53 | $0.00 | $0.00 | $101.68 |
| | $371.24 | $371.24 | $0.00 | $0.00 | $0.00 |
| **Total Listed (24)** | **$78,220.29** | **$43,651.66** | **$24,684.83** | **$1,213.05** | **$8,670.75** |
| | | 55.81% | 31.56% | 1.55% | 11.09% |